AO 94  (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

Northern _____  District of _____  Texas at Fort Worth

| UNITED STATES OF AMERICA V. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| JOSHUA MARK SCHEIBLER | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of Texas | 5:25-CR-644-LCB-HNJ | 4:26-MJ-003 | Northern District of Alabama |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
■ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)   ☐ Petition

**charging a**          18          **U.S.C.**  875(c)

**DISTRICT OF OFFENSE**
Northern District of Alabama

**DESCRIPTION OF CHARGES:**

Threatening Interstate Communications

**CURRENT BOND STATUS:**

☐ Bail fixed at                              and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
   Other (specify)

**Representation:**   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA   ☐          None

**Interpreter Required?**   ☒ No        ☐ Yes        Language:

**DISTRICT OF**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

1|8|2026
Date

_Hal R. Roy, Jr_
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |